IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:16-CV-564-GCM

| | |
|---|---|
| TIMOTHY SCOTT BRIDGES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CITY OF CHARLOTTE, BRUCE TREADAWAY, in his individual and official capacities and in his supervisory capacity as the Capt. in charge of the Felony Investigations Bureau of the Charlotte Police Department, CHERYL HORNER, in her individual and official capacities, ELINOS WHITLOCK, in his individual and official capacities, and KATHLEEN RAMSEUR, in her individual and official capacities, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

**THIS MATTER IS BEFORE THE COURT** on "Defendant Cheryl Horner's Motion to Seal" (Doc. 52), filed on November 29, 2017. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS THEREFORE, ORDERED** that "Defendant Cheryl Horner's Motion to Seal" (Doc. 52) is **GRANTED** and that the following exhibits shall be sealed until otherwise ordered by the Court:

**Def. Ex. I:** Defense Deposition Exhibit 48 - Brown Pre-Trial List Bates Labeled BL File-000180

**Def. Ex. J:** Portion of Defense Deposition Exhibit 49 - Donaldson Statement Bates Labeled BL File 000111

**Def. Ex. L:** Defense Deposition Exhibit 51 - Motion for Preservation of Evidence Bates Labeled BL File- 001020-1023

**SO ORDERED.**

Signed: November 30, 2017

Graham C. Mullen
United States District Judge