# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NUMBER: 3:16-cv-564

| | |
|---|---|
| TIMOTHY SCOTT BRIDGES,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CHARLOTTE, et al.<br><br>Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOW COME** Plaintiff and Defendants, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate to Plaintiff's voluntary dismissal with prejudice against all Defendants.

THIS the 3rd day of January 2018.

/s/ David S. Rudolf
David S. Rudolf, NCSB# 8587
Sonya Pfeiffer, NCSB# 37300
RUDOLF WIDENHOUSE
225 East Worthington Avenue
Suite 200
Charlotte, NC 28203
Telephone: (704) 333-9945
Telefax: (704) 335-0224
Email: dsrudolf@rudolfwidenhouse.com
speiffer@rudolfwidenhouse.com

ATTORNEYS FOR DEFENDANT

STIPULATION BY:

| | |
|---|---|
| Daniel E. Peterson | Jason R. Benton |
| Daniel E. Peterson | Jason R. Benton |
| 600 East Fourth Street | Parker Poe Adams & Bernstein LLP |
| Charlotte, NC 28202 | Three Wells Fargo Center |
| | 401 South Tryon Street, Suite 3000 |
| Mark H. Newbold | Charlotte, NC 28202 |
| Mark H. Newbold | |
| 601 East Trade Street | Jessica C. Dixon |
| Charlotte, NC 28202 | Jessica C. Dixon |
| *Attorneys for City of Charlotte* | Parker Poe Adams & Bernstein LLP |
| | Three Wells Fargo Center |
| | 401 South Tryon Street, Suite 3000 |
| | Charlotte, NC 28202 |
| | *Attorneys for Defendant Cheryl Horner* |
| Lori Keeton | Robert D. McDonnell |
| Lori Keeton | Robert D. McDonnell |
| 13850 Ballantyne Corporate Place | 212 S. Tryon Street, Suite 1670 |
| Suite 500 | Charlotte NC 28281 |
| Charlotte, NC 28277 | *Attorney for Defendant* |
| *Attorney for Defendant* | *Kathleen Ramseur* |
| *Bruce Treadaway* | |

Stephanie H. Webster
Stephanie H. Webster
Cranfill, Sumner & Hartzog, LLP
Post Office Box 30787
Charlotte, North Carolina 28230

Patrick H. Flanagan
Patrick H. Flanagan
Cranfill, Sumner & Hartzog, LLP
P.O. Box 30787
Charlotte, NC 28230
*Attorneys for Defendant Elinos Whitlock*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 3, 2018, the foregoing, Stipulation of Voluntary Dismissal with Prejudice was served on the below counsel of record by submitting it to the Court for electronic service:

Daniel E. Peterson
600 East Fourth Street
Charlotte, NC 28202

Mark H. Newbold
601 East Trade Street
Charlotte, NC 28202
*Attorneys for Defendant*
*City of Charlotte*

Lori Keeton
13850 Ballantyne Corporate Place
Suite 500
Charlotte, NC 28277
*Attorney for Defendant Bruce Treadaway*

Stephanie H. Webster
Cranfill, Sumner & Hartzog, LLP
Post Office Box 30787
Charlotte, North Carolina 28230
*Attorney for Defendant Elinos Whitlock*

Patrick H. Flanagan
Cranfill, Sumner & Hartzog, LLP
P.O. Box 30787
Charlotte, NC 28230
*Attorney for Defendant Elinos Whitlock*

Jason R. Benton
Parker Poe Adams & Bernstein LLP
Three Wells Fargo Center
401 South Tryon Street, Suite 3000
Charlotte, NC 28202
*Attorney for Defendant Cheryl Horner*

Jessica C. Dixon
Parker Poe Adams & Bernstein LLP
Three Wells Fargo Center
401 South Tryon Street, Suite 3000
Charlotte, NC 28202
*Attorney for Defendant Cheryl Horner*

Robert D. McDonnell
212 S. Tryon Street, Suite 1670
Charlotte NC 28281
*Attorney for Defendant Kathleen Ramseur*

/s/ David S. Rudolf
David S. Rudolf